# CERTIFICATION OF VITAL RECORD

## STATE OF UTAH

### CERTIFICATE OF DEATH
State File Number: 2012011913

**Heidy Aline Truman**

**DECEDENT INFORMATION**
- Date of Death: October 1, 2012
- City of Death: Provo
- Age: 25
- Place of Birth: Price, Utah
- Armed Services: No
- Spouse's Name: Conrad Truman
- Industry/Business: Air Liquide
- Residence: Orem, Utah
- Mother's Name: Janet Aline Turner
- Facility or Address: Utah Valley Regional Medical Center
- Time of Death: 00:37
- County of Death: Utah
- Date of Birth: March 5, 1987
- Sex: Female
- Marital Status: Married
- Usual Occupation: TCGN Technician
- Education: High School or GED
- Father's Name: Unknown
- Facility Type: Hospital ER

**INFORMANT INFORMATION**
- Name: Conrad Truman
- Relationship: Husband
- Mailing Address: 220 South 1180 West, Orem, Utah 84058

**DISPOSITION INFORMATION**
- Method of Disposition: Burial
- Place of Disposition: Larkin Sunset Gardens, Sandy, Utah
- Date of Disposition: October 6, 2012

**FUNERAL HOME INFORMATION**
- Funeral Home: Larkin Sunset Gardens
- Address: 1950 East 10600 South, Sandy, Utah 84092
- Funeral Director: Shannon D Warenski

**MEDICAL CERTIFICATION**
- Certifying Physician: Edward A Leis MD, Office of the Medical Examiner, 48 N. Mario Capecchi Dr., Salt Lake City, Utah 84113

**CAUSE OF DEATH**
- Gunshot wound of the head
- Tobacco Use: Non-user
- Medical Examiner Contacted: Yes   Autopsy Performed: Yes   Autopsy Available: Yes   Manner of Death: Homicide

**INJURY INFORMATION**
- Date of Injury: September 30, 2012
- Injury at Work: No
- Location of Injury: 220 South 1180 West, Orem, Utah
- How Injury Occurred: Shot by another person
- Motor Vehicle Accident: No
- Time of Injury: Unknown
- Place of Injury: Residence

Date Registered: October 10, 2012
Date Issued: July 26, 2013

**AMENDMENT HISTORY**
- 11/29/2012 Immediate Cause of Death from Pending to Gunshot wound of the head
- 11/29/2012 Manner Of Death from Pending to Not Determined
- 11/29/2012 Injury from N to Y
- 11/29/2012 Date of Injury from (blank) to 09/30/2012

**EXHIBIT G**

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, and intaglio microtext. This document displays the date, seal and signature of the Utah State Registrar and the County/District Health Officer.



Janice L. Houston, State Registrar
Office of Vital Statistics



Gary L. Edwards
Director/Health Officer
County/District Health Department


SALT LAKE COUNTY HEALTH DEPARTMENT



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## CERTIFICATION OF VITAL RECORD

## STATE OF UTAH




Heidy Aline Truman

AMENDMENT HISTORY (Continued)
11/29/2012 Time of Injury from (blank) to Unknown
11/29/2012 Injury Street from (blank) to 220 South 1180 West
11/29/2012 Injury City from (blank) to Orem
11/29/2012 Injury County from (blank) to Utah
11/29/2012 Injury State from (blank) to Utah
11/29/2012 Injury Country from (blank) to United States
11/29/2012 Injury Place from (blank) to Residence
11/29/2012 Injury At Work from (blank) to No
11/29/2012 Injury Description from (blank) to Gunshot wound.
07/22/2013 Manner Of Death from Not Determined to Homicide
07/22/2013 Injury Description from Gunshot wound. to Shot by another person.

Date Issued: July 26, 2013

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics.
Security features of this official document include: Intaglio Border, V & R images in top cycloids, and Intaglio microtext.
This document displays the date, seal and signature of the Utah State Registrar and the County/District Health Officer.

Janice L. Houston, State Registrar
Office of Vital Statistics


0 6 3 9 7 1 1 1 3

Gary L. Edwards
Director/Health Officer
County/District Health Department



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE