Lincoln, Cara E      648
___

**From:** AccidentTeam
**Sent:** Friday, April 24, 2015 7:04 AM
**To:** Lincoln, Cara E      648
**Subject:** FW: For Cara L. RE:Policy FLI 960139, OK 965308

Jimmy Ridder
Accident Claim Specialist
Life & Accident Claims Services
Phone: 412.505.9055
Fax: 203.678.7911

Cigna
Life Insurance Company of North America
Connecticut General Life Insurance Company
Cigna Life Insurance Company of New York
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.*
*© Copyright 2015 Cigna*

**From:** Colette Dahl [mailto:colettedahl@gmail.com]
**Sent:** Thursday, April 23, 2015 5:29 PM
**To:** AccidentTeam
**Subject:** Re: For Cara L. RE:Policy FLI 960139, OK 965308

I received another letter saying the claim was denied due to conviction. However, we are in the process of preparing a motion for a new trial based on some issues with the case. I feel there is a good chance that could receive a new trial and if for some reason we are not granted a new trial we will begin the appeal process. It would be my intention to appeal your decision and ask that you reserve your final decision pending the outcome of the new trial or conviction.

Please let me know if this is possible.

Thank you,

Colette Dahl for Conrad Truman
801-362-7549

On Tue, Nov 11, 2014 at 7:47 PM, Colette Dahl <colettedahl@gmail.com> wrote:
Hello Cara,

I received your letter inquiring about Conrad Truman, this situation remains unresolved. An appeal will be filed or other legal recourse is pending. I have no intention of waiving his right to any benefits until we come to final resolution.

Thank you for keeping me informed.

Best regards,

1


EXHIBIT J

Colette Dahl
801-362-7549

2