LINCOLN W. HOBBS, ESQ. (4848)
HOBBS & OLSON | CARPENTER HAZLEWOOD
466 East 500 South, Suite 300
Salt Lake City, UT  84111
Telephone:  (801) 519-2555
lincoln@haolaw.com

MARK R. MOFFAT (5112)
ANN MARIE TALIAFERRO (8776)
BROWN BRADSHAW & MOFFAT
422 North 300 West
Salt Lake City, UT 84103
801-532-5297
mark@brownbradshaw.com
ann@brownbradshaw.com

*Attorneys for Conrad Truman*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANET WAGNER and CONRAD TRUMAN,<br><br>Defendants. | **DECLARATION OF MICHAEL A. JENSEN**<br><br><br>Case No. 2:15-cv-00505-DS<br><br>District Judge David Sam |

I, Michael A. Jensen, declare and state as follows:

1. I am over the age of 18 years, a member of the Utah State Bar, and I am competent to make this Declaration.

1

2. The facts contained herein are based upon my personal knowledge and if called to testify I would testify in accordance herewith.

3. I served as counsel for Stagg Fiduciary Services, LLC ("Stagg)", which was appointed as personal representative for the estate of Heidi Truman in her estate proceeding, filed in the Fourth Judicial District Court in and for Utah County, Civil No. 133400459.

4. Pursuant to agreement of the parties, Stagg was retained to collect and gather assets belonging to the Estate of Heidi Truman.

5. Stagg gathered some funds belonging to the Estate of Heidi Truman which were then deposited in, and at the close of that matter were in the possession of Zions Bank. An Order approving Stagg's final accounting was entered in the Provo matter on December 17, 2018. That Order approved the deposit of the assets of the estate into this Federal District Court.

6. It was recently discovered that the funds had not yet been deposited; Stagg attempted to deposit those funds with the clerk of this Court and was advised that an Order of this Court was required. I asked Truman's counsel to prepare such an Order; I have reviewed their Stipulated Motion for Deposit of Funds by Stagg and the [Proposed]Order for Deposit of Funds by Stagg, both of which I understand to have been filed in this case and in this Court.

7. I consent to, support and respectfully request that the Court enter that proposed Order, so that Stagg can complete its responsibilities and be relieved of further involvement in connection with this estate.

8. Pursuant to Utah Code § 78B-18a-106 (2018), I declare under criminal penalty of the State of Utah that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 1st day of July 2019.

>Signed electronically with permission
>/s/ Michael A. Jensen
>MICHAEL A. Jensen

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served upon the following electronically via the court:

>Eric Olson
>Lena Daggs
>EISENGERG CUTT KENDELL & OLSON
>215 South State, Suite 900
>Salt Lake City, UT 84111
>eolson@egclegal.com
>ldaggs@egclegal.com
>
>Brian S. Coutts
>NUTTALL BROWN & COUTTS
>6925 Union Park Ct., Suite 210
>Midvale, UT 84047
>briancoutts@nuttallbrown.com
>  Attorneys for Defendant Janet Wagner

And via email to:

>Michael A. Jensen
>**Jensen Law Firm, PLLC**
>PO Box 571708
>Salt Lake City UT 84157-1708
>801-590-9924
>majensen@utahattorney.com

DATED this 1st day of July, 2019.

>/s/Lincoln W. Hobbs