# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Patti Walker
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:15cv00505

Life Insurance Company of North America v. Wagner et al

Approved By:_____

## APPEARANCE OF COUNSEL

Pla    Mark Moffit, Ann Taliaferro, Lincoln Hobbs - Conrad Truman
Dft    Eric Olsen, Lena Daggs - Janet Wagner

DATE: 08/05/2019    Time Start: 10:00 a.m. to Time End:

MATTER SET: Final Pretrial Conference

DOCKET ENTRY:

Counsel present for parties. The court has reviewed the suggested form of pretrial order. Counsel are to make modifications as noted on the record, and submit a revised pretrial order to the court by 08/07/2019. 10 day Bench trial to begin on 8/20/2019 at 10:00 a.m.

