ERIC S. OLSON (#11939)
**EISENBERG CUTT KENDELL & OLSON**
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111
Phone: (801) 366-9100
Facsimile: (801) 350-0065
eolson@eckolaw.com

*Attorneys for Janet Wagner*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONRAD TRUMAN, by and through his agent with Power of Attorney COLETTE DAHL, and JANET WAGNER,<br><br>Defendants. | **[Proposed] ORDER RE: STIPULATED MOTION RE: ALL INTERPLEADED PROCEEDS**<br><br>Case No. 2:15-CV-00505<br><br>The Honorable Bruce Jenkins |

The Court, having reviewed Defendants' Stipulated Motion Re: All Interpleaded Proceeds, and good cause appearing therefore, hereby ORDERS as follows:

1. All proceeds that have been interpleaded with the Court shall be disbursed to Hobbs & Olson, 466 East 500 South, #300, Salt Lake City, UT 84111, who will then divide the proceeds in a manner previously agreed to by Defendants.

Dated this _____ day of September, 2019.

                                                                                                            District Court Judge

APPROVED AS TO FORM:

**EISENBERG CUTT KENDELL & OLSON**


/s/ Eric S. Olson
Eric S. Olson
Counsel for Janet Wagner

**HOBBS & OLSON | CARPENTER HAZLEWOOD**


/s/ Lincoln Hobbs (with permission)
Lincoln Hobbs
Counsel for Conrad Truman

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2019, the foregoing was served on the following **[Proposed] ORDER RE**: **STIPULATED MOTION RE: ALL INTERPLEADED PROCEEDS** by filing the document through the Court's CM/ECF system.

| | | |
|---|---|---|
| Lincoln W. Hobbs | | |
| Sarah H. Orme | __X__ | Electronic Filing |
| Hobbs & Olson Carpenter Hazlewood | _____ | Email |
| 466 East 500 South, Suite 300 | _____ | Facsimile |
| Salt Lake City, UT 84111 | _____ | US Mail |

                                                                                 */s/ Cheryl Miller*