FILED
2019 SEP 4 AM 10:18
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONRAD TRUMAN, by and through his agent with Power of Attorney COLETTE DAHL, and JANET WAGNER,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION RE: ALL INTERPLEADED PROCEEDS**<br><br>Case No. 2:15-CV-00505<br><br>The Honorable Bruce Jenkins |

The Court, having reviewed Defendants' "Stipulated Motion Re: All Interpleaded Proceeds," finds that based on Defendants' agreement, the Motion should be granted. Accordingly, the Court hereby ORDERS the Clerk of Court to disburse $124,871.44[1] to the Attorney Trust Account for Hobbs & Olson, 466 East 500 South, #300, Salt Lake City, UT 84111, who will then divide the proceeds in a manner previously agreed to by Defendants.

As this disbursement leaves no funds on deposit in this case, the Court FURTHER ORDERS this case be dismissed with prejudice.

Dated this 4th day of September, 2019.

Bruce S. Jenkins
U.S. Senior District Judge

---

[1] While this amount was not included in Defendants' motion, the court takes note of its own records of deposit, appended to this order. *See* App'x. Court staff contacted counsel for each Defendant who confirmed the amount comported with their expectations.

# Appendix

# U.S. Courts
## Case Inquiry Report
Case Num: DUTX215CV000505;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Case Number**  DUTX215CV000505     **Case Title**   LIFE INSURANCE CO. OF N. AMERICA V. WAGNER

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PAR16356 | LIFE INSURANCE COMPANY OF NORTH AMERICA | TREASURY REGISTRY | | | 124,871.44 | 124,871.44 | 0.00 |
| | | | | | | 124,871.44 | 124,871.44 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|
| TREA | Treasury | Treasury | DUTX215CV000505-001 | 124,871.44 |

## U.S. Courts
## Case Inquiry Report
Case Num: DUTX215CV000505;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Detailed Party Information:**

| Party # | Party Code | Party Name |
|---|---|---|
| 001 | PAR16356 | LIFE INSURANCE COMPANY OF NORTH AMERICA |

Debt Type
TREASURY REGISTRY

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 604700 |  |  | N/A |
| Owed | 124,871.44 | 0.00 | 0.00 | 124,871.44 |
| Collected | 124,871.44 | 0.00 | 0.00 | 124,871.44 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 124,871.44 | 0.00 | N/A | 124,871.44 |

Totals

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 124,871.44 | 0.00 | 0.00 | 124,871.44 |
| Collected | 124,871.44 | 0.00 | 0.00 | 124,871.44 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 124,871.44 | 0.00 | N/A | 124,871.44 |

## U.S. Courts
## Case Inquiry Report
Case Num: DUTX215CV000505;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Debt Type Line# | Document Date / Debt Type | Accomplished Date | Line Type | Amount / Payee Line# | Depository Line# | J/S Account Code | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT 4681072597 DUTX215CV000505-001 | 1 | 06/17/2016 TREASURY REGISTRY | 06/20/2016 | DP | 106,665.70  1 | | | LIFE INSURANCE COMPANY OF NORTH AMERICA | O | 06 | 604700 |
| CT 4681087639 DUTX215CV000505-001 | 1 | 08/29/2019 TREASURY REGISTRY | 08/30/2019 | DP | 18,205.74  1 | | | LIFE INSURANCE COMPANY OF NORTH AMERICA | O | 06 | 604700 |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |